UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
In Re:                                                                    ORDER OF DISMISSAL
                                                                                          FOR
**Tronox Incorporated**                                         *FAILURE TO PROSECUTE*
                                                                                *BANKRUPTCY APPEAL*


-----------------------------------------------------X                21-CV-10666 JPC

FROM:   VITO GENNA, CLERK
             UNITED STATES BANKRUPTCY COURT
             SOUTHERN DISTRICT OF NEW YORK

TO:        RUBY J. KRAJICK, CLERK
             UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF NEW YORK

IN RE: Tronox Incorporated                                    BANKRUPTCY CASE: 09-10156 **(MEW)**
DATE OF FILING NOTICE OF APPEAL: 08/02/2021
APPELLANT: Tyrone Eddins
BANKRUPTCY DOCUMENT #: 9573

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to pay the filing fee and Designation of Items to be Included in the Record as required by:

  __X__ FRBP 8009
  _____ Federal Rules of Civil Procedure (Rule _____)
  __X__ 28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
  _____ Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated:   **June 30, 2022**                                                      Vito Genna, Clerk
              New York, New York                                                U.S. Bankruptcy Court, SDNY

                                                                                          By:   ____s/ Anatin Rouzeau____
                                                                                                           Deputy Clerk

**ORDER**

 For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated _____July 1_____ 20 22                           _____
           New York, New York                                              Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____                    Ruby J. Krajick , Clerk
                                                                                        District Court, SDNY

                                                                                        By: _____
                                                                                                  Deputy Clerk